IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

GLEN TAYLOR,                          :

    Plaintiff,                     :

v.                                    : CIVIL ACTION 12-705-CB-M

S. LANGHAM, et al.,                   :

    Defendants.                    :

ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is ORDERED that Defendants' motion for summary judgment be GRANTED as to all claims asserted against them by Plaintiff and that this action be DISMISSED with prejudice.

DONE this 15th day of October, 2013.

                                                  s/*Charles R. Butler, Jr.*
                                                **Senior United States District Judge**